IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James Huggard, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv63 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| United Performance Metals, Inc., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 28, 2011 (Doc. 63), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 17, 2012, hereby ADOPTS said Report and Recommendation.

Plaintiff's motion for substitution (Doc. 54) is **GRANTED** and the Estate of James Huggard, c/o Maggie Hess, Executrix, is substituted as plaintiff in this litigation.

IT IS SO ORDERED.

                   ___s/Susan J. Dlott_____
                   Chief Judge Susan J. Dlott
                   United States District Court